**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO and KAREN CLOSKEY, | : | |
| | : | |
| V. | : | Civil Action |
| EMPIRE TODAY, LLC, | : | No: 2:26-cv-05272-MMB |
| | : | |

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, ________________, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, Empire Today, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Empire Today Borrower, LLC (DE) is the sole member of Empire Today, LLC

08/24/2026 — Date

Alyse Stach — Signature

Counsel for: Defendant

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

(1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

(2) promptly file a supplemental statement if any required information changes.