**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOBBY GIRIFALCO and KAREN CLOSKEY, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EMPIRE TODAY, LLC,<br><br>*Defendant*. | No. 2:26-cv-05272-MMB<br><br>Hon. Michael M. Baylson |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Counsel for Plaintiffs' and Defendant jointly stipulate and agree to a 21-day extension of time for Defendant to move or plead in response to the Plaintiffs' Amended Class Action Complaint, through and including September 16, 2026.

Respectfully submitted,

**PERRONG LAW LLC**
*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
E.D. Pa. Bar #333687
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel: (215) 225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

*Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**
*/s/ Alyse F. Stach*
Alyse F. Stach
E.D. Pa. Bar # 328562
1735 Market St., Suite 3300
Philadelphia, PA 19104-2891
Tel: (215) 568-3100
Email: astach@bakerlaw.com

*Attorney for Defendant*

**IT IS SO ORDERED:**

________________________________

Hon. Michael M. Baylson, J.