**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOBBY GIRIFALCO and KAREN CLOSKEY, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EMPIRE TODAY, LLC,<br><br>*Defendant*. | No. 2:26-cv-05272-MMB<br><br>Hon. Michael M. Baylson |

**[PROPOSED] ORDER**

**AND NOW**, this _________ day of ____________, 2026, upon consideration of Defendant Empire Today, LLC's Partial Motion to Dismiss, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and Count II of Plaintiffs' Class Action Complaint is dismissed.

______________________________
Hon. Michael M. Baylson