**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOBBY GIRIFALCO and KAREN CLOSKEY, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EMPIRE TODAY, LLC,<br><br>*Defendant*. | No. 2:26-cv-05272-MMB<br><br>Hon. Michael M. Baylson |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR**
**DEFENDANT TO REPLY TO OPPOSITION TO MOTION TO DISMISS**

Counsel for Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendant previously filed a Motion to Dismiss, and Plaintiffs thereafter filed their opposition.

2. Under the current briefing schedule, Defendant's reply brief is presently due on October 7, 2026.

3. The deadline for Defendant's reply brief was inadvertently miscalculated.

4. Plaintiffs consent to a brief extension of the deadline.

5. Accordingly, the parties agree and stipulate that Defendant's deadline to file its reply brief in further support of its Motion to Dismiss shall be extended to **October 9, 2026**.

Respectfully submitted,

**PERRONG LAW LLC**
By: _/s/ Andrew Roman Perrong_______
Andrew Roman Perrong
E.D. Pa. Bar #333687
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel: (215) 225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

*Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**
By: _/s/ Alyse F. Stach___________
Alyse F. Stach
E.D. Pa. Bar # 328562
1735 Market St., Suite 3300
Philadelphia, PA 19104-2891
Tel: (215) 568-3100
Email: astach@bakerlaw.com

*Attorney for Defendant*

**IT IS SO ORDERED:**

______________________________
Hon. Michael M. Baylson, U.S.D.J