IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO, et al., | : | Case Number: 2:26-cv-05272-MMB |
| Defendants, | : | |
| | : | Hon. Michael M. Baylson |
| v. | : | |
| | : | |
| EMPIRE TODAY, LLC, | : | |
| Defendant. | | |

ORDER

AND NOW, this _______ day of ______________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add ____________________, Esquire as counsel for ___________________________________. ________________ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

______________________________________
, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-05272-MMB

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Rand L. McClellan the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Defendant Empire Today, LLC. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See attached. | | |
| | | |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See attached. | | |
| | | |
| | | |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Defendant Empire Today, LLC

*Name of Attorney:* Rand L. McClellan

*Firm Address:* Baker & Hostetler LLP, 200 Civic Center Dr., Ste. 1200, Columbus, Ohio 43215

*Telephone Number:* 614.228.1541

*Email Address:* rmcclellan@bakerlaw.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/14/2026
*(Date)*

Rand L. McClellan
*(Movant's signature)*

**Rand McClellan Court Admissions**

| Court | Admission Date | Bar No. | In Good Standing |
|---|---|---|---|
| Ohio – Supreme Court | 11/07/2005 | 0079266 | Y |
| Ohio – Northern District | 06/09/2006 | | Y |
| Ohio – Southern District | 02/14/2006 | | Y |
| Illinois – Northern District | 03/25/2016 | | Y |
| Michigan Eastern District | 03/20/2026 | | Y |
| New York – Northern District | 01/20/2022 | 703320 | Y |
| Texas – Eastern District | 05/20/2025 | | Y |
| Wisconsin – Western District | 09/09/2021 | | Y |
| Sixth Circuit Court of Appeals | 10/12/2010 | | Y |
| Seventh Circuit Court of Appeals | 02/20/2009 | | Y |
| Tenth Circuit Court of Appeals | 04/19/2016 | | Y |

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Rand Lawrence McClellan**
Attorney Registration No. **0079266**

was admitted to the practice of law in Ohio on November 7, 2005; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 21st day of September, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon B. Scheid

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-09-21-1
Verify by email at GoodStandingRequests@sc.ohio.gov

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Rand L. McClellan to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Alyse F. Stach | Alyse Stach | 11/2/2020 | 328562 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Baker & Hostetler, LLP, 1735 E. Market St., Ste. 3300, Philadelphia, PA 19103

astach@bakerlaw.com

215.568.3100

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/15/2026 — *(Date)*

Alyse Stach
*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO, et al., Plaintiffs, v. EMPIRE TODAY, LLC, Defendant. | : : : : : : | Case Number: 2:26-cv-05272-MMB<br>Hon. Michael M. Baylson |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Rand L. McClellan, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

alyse stach
(Signature of Attorney)

Alyse F. Stach
(Name of Attorney)

Empire Today, LLC
(Name of Moving Party)

10/15/2026
(Date)