IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO, et al., : Case Number: 2:26-cv-05272-MMB
:
Defendants, : Hon. Michael M. Baylson
:
v. :
:
EMPIRE TODAY, LLC, :

Defendant.

ORDER

AND NOW, this 15th day of October 20 26, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Rand L. McClellan, Esquire as counsel for Empire Today, LLC. Rand L. McClellan is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Michael M. Baylson
, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).